UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY J. SINES, | ) | Civil No. 06CV2349-L(BLM) |
| Plaintiff, | ) ) ) | **ORDER STRIKING DOCUMENT FROM THE RECORD** |
| v. | ) ) | |
| GERALD W. GREEN, III; DOES 1 through 50, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

On October 23, 2006, Defendant Gerald W. Green, III ("Green") filed a notice of removal, removing from the San Diego County Superior Court Plaintiff's action for violation of the Truth in Lending Act and California Financial Code Sections 4970 *et seq*. On October 26, 2006, Green filed a pleading styled as "Petition for Order Compelling Arbitration" ("Petition"). Green's Petition is rejected and stricken from the record for failure to comply with Civil Local Rule 7.1

The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Petition for Order Compelling Arbitration filed by Defendant Green on October 26, 2006.

**IT IS SO ORDERED**.

DATED: October 27, 2006

M. James Lorenz
United States District Court Judge

06c2349

1 COPY TO:

2 HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

3

ALL PARTIES/COUNSEL

4