UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SINES,                       ) | Case No. 06cv2349-L (BLM) |
|                                         ) | |
|           Plaintiff,                    ) | **ORDER FINDING EARLY NEUTRAL** |
|                                         ) | **EVALUATION INAPPROPRIATE AND** |
| v.                                      ) | **SETTING TELEPHONIC CASE** |
|                                         ) | **MANAGEMENT CONFERENCE** |
| GERALD W. GREEN, III; DOES 1            ) | |
| through 50, inclusive,                  ) | |
|                                         ) | |
|           Defendants.                   ) | |
|                                         ) | |

On November 14, 2006, Defendant Gerald W. Green III filed an Answer to Plaintiff's Complaint [Doc. No. 9] and a Motion for Order Compelling Arbitration [Doc. No. 6]. Defendant's motion to compel arbitration is set for hearing on January 22, 2007.

Due to this pending motion, the Court finds it inappropriate to hold an Early Neutral Evaluation Conference at this time. See CivLR 16.1(c) (providing that the "judicial officer shall hold [] conferences as he or she deems appropriate"). However, in order to determine the status of the case and whether it is appropriate to schedule a settlement conference, a telephonic Case Management Conference shall be held before Magistrate Judge Barbara L. Major on **February 22, 2006** at

**1:30 p.m.**  Counsel for all parties shall appear <u>telephonically</u> at this conference.  The Court will initiate the conference call.  Failure of required counsel to participate may result in sanctions.

    **IT IS SO ORDERED.**

Dated: <u>November 15, 2006</u>

                                            BARBARA L. MAJOR
                                            United States Magistrate Judge

COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

ALL COUNSEL