UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SINES, ) | Civil No. 06CV2349-L(BLM) |
| Plaintiff, ) ) | **ORDER STRIKING DOCUMENT FROM THE RECORD** |
| v. ) | |
| GERALD W. GREEN, III; DOES 1 through 50, inclusive, ) ) | |
| Defendants. ) | |

On November 14, 2006, Defendant Gerald W. Green, III ("Green") filed a [Proposed] Order Granting Petition to Compel Arbitration. Green's proposed order is rejected and stricken from the record for failure to comply with the Electronic Case Filing Administrative Policies and Procedures Manual, Section 2, Paragraph h (Proposed Orders and Orders). The Electronic Case Filing Administrative Policies and Procedures Manual can be found under General Order 550, Procedural Rules for Electronic Case Filing on the home page of the court's website at www.casd.uscourts.gov.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

06c2349

1  The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** docket no. 8
2  ([Proposed] Order Granting Petition to Compel Arbitration) filed by Defendant Green on
3  November 14, 2006.
4
5  **IT IS SO ORDERED**.
6
7  DATED: November 16, 2006
8  _____
   M. James Lorenz
9  United States District Court Judge
   COPY TO:
10
   HON. BARBARA L. MAJOR
11 UNITED STATES MAGISTRATE JUDGE
12 ALL PARTIES/COUNSEL