# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Timothy J. Sines

           **V.**                        **JUDGMENT IN A CIVIL CASE**

Gerald W. Green, III

                                  **CASE NUMBER:**   06cv2349-L(BLM)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's petition for order compelling arbitration is granted, and the case is dismissed without prejudice.

| January 30, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                  s/ A Victoria

                                                                  (By) Deputy Clerk

                                                                  ENTERED ON January 30, 2007